UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN LEWELLYNG,

    Plaintiff,

v.

PRAIRIE STATE GENERATING COMPANY, LLC,

    Defendant.

Case No. 23-cv-950-JPG

## ORDER

This matter comes before the Court on the Motion to Dismiss without prejudice (Doc. 33) pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the plaintiff. Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties. Defendant Prairie State Generating Company, LLC has responded that it does not object to the motion (Doc. 35). Accordingly, the Court **GRANTS** the motion (Doc. 33), **DISMISSES** this case **without prejudice**, and **DIRECTS** the Clerk of Court to enter judgment accordingly..

**IT IS SO ORDERED.**
**DATED:  November 16, 2023**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**