UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN LEWELLYNG,

    Plaintiff,

v.

PRAIRIE STATE GENERATING COMPANY, LLC,

    Defendant.

Case No. 23-cv-950-JPG

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                              **MONICA A. STUMP, Clerk of Court**

**Dated:  November 16, 2023**               s/Tina Gray, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**